IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RIVER VIEW PROPERTIES, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>TOM ATKINSON II, <br><br>Defendant, | CV 20–87–H–DWM <br><br><br><br>ORDER |
| TOM ATKINSON II, <br><br>Counter-Claimant/ <br>Third-Party Plaintiff, <br><br>vs. <br><br>RIVER VIEW PROPERTIES, LLC, and <br>TODD MENDIK, <br><br>Counter-Defendant and <br>Third-Party Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 9th day of July, 2021.

Donald W. Molloy, District Judge
United States District Court